**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL C. GONCHOROFF,

    Plaintiff,

v.                                                              Case. No. 11-14607
                                                            Hon. Lawrence P. Zatkoff
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff filed this action challenging a final decision of Defendant Commissioner denying benefits to Plaintiff. This matter currently comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 16], in which the Magistrate Judge recommends that Defendant's Motion for Summary Judgment [dkt 14] be denied, that Plaintiff's Motion for Summary Judgment [dkt 11] be granted in part, that the findings of the Commissioner be reversed and that this matter be remanded for further proceedings. Defendant has not filed objections to the Report and Recommendation. The Court has thoroughly reviewed the court file, the respective motions, and the Report and Recommendation. The Court ADOPTS the Magistrate Judge's Report and Recommendation.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is DENIED, and Plaintiff's Motion for Summary Judgment is GRANTED in part.

IT IS FURTHER ORDERED that this case is REMANDED for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

Date: March 27, 2013
                                        S/Lawrence P. Zatkoff
                                        LAWRENCE P. ZATKOFF
                                        UNITED STATES DISTRICT JUDGE